# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2024

*The Court of Appeals hereby passes the following order:*

**A23A1746.  IN THE INTEREST OF N. O., et al., CHILDREN (MOTHER).**
**A23A1747.  IN THE INTEREST OF A. S. et al., CHILDREN (FATHER).**

In this dependency action, the mother and father filed separate motions for visitation. Following a hearing, the trial court entered an order on May 17, 2023, continuing the matter until the trial on the termination of parental rights set for June 2023. The parents filed these direct appeals from the May 17, 2023 order. We lack jurisdiction.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995); see OCGA §§ 5-6-34 (a) (1) (providing for direct appeals from final judgments); 15-11-35 (providing for direct appeals from final juvenile court orders). An order within a dependency proceeding deciding temporary custody of the child is a "final order," within the meaning of OCGA § 5-6-34 (a) (1), from which a direct appeal lies. *In the Interest of S. J.*, 270 Ga. App. 598, 608 (1) (a) (607 SE2d 225) (2004). Here, however, the order continuing the case did not decide temporary custody nor otherwise resolve all issues in this case, which remained pending before the juvenile court.[1] See *CitiFinancial Svcs., Inc. v. Holland*, 310 Ga. App. 480, 481 (713 SE2d 678) (2011). Accordingly, the parents were required to use the interlocutory appeal procedures – including obtaining a certificate

---

[1] Indeed, the father has since filed another direct appeal from an order of the juvenile court entered on October 12, 2023. See Case No. A24A0901.

of immediate review from the juvenile court – to appeal the juvenile court's May 17, 2023 order. See OCGA § 5-6-34 (b); *CitiFinancial*, 310 Ga. App. at 481. Their failure to do so deprives us of jurisdiction over these direct appeals, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/29/2024__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*